IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| QUIANNA AUSTIN, o/b/o ALIZAI AUSTIN, | * |
| | * |
| Plaintiff | * |
| | * CASE NO. 4:09-CV-88 (CDL) |
| vs. | * |
| MICHAEL J. ASTRUE, Commissioner of Social Security | * |
| | * |
| Defendant | * |

## ORDER ON REPORT AND RECOMMENDATION

The Supplemental Report and Recommendation by the United States Magistrate Judge filed September 8, 2010, has been read and considered. No substantive objections have been made to the report, and, therefore, the Court reviews it for plain error. Finding no plain error, the Court adopts the Supplemental Report and Recommendation by the Magistrate Judge, and accordingly, orders that this case be remanded for further administrative action consistent with the Recommendation by the Magistrate Judge.

IT IS SO ORDERED, this 28th day of September, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE