```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

QUIANNA AUSTIN, o/b/o ALIZAI   \*
AUSTIN,
                               \*
        Plaintiff
                               \*
vs.
                               \*    CASE NO. 4:09-CV-88 (CDL)
MICHAEL J. ASTRUE, Commissioner
of Social Security,            \*

        Defendant              \*

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge entered on February 25, 2011. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 15th day of April, 2011.

                                s/Clay D. Land
                                CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE